FILED

2006 Nov-27  PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **Case Number: CR 05-S-543-S** |
| | ) | |
| JEWELL C. "CHRIS" McNAIR, | ) | |
| SOHAN P. SINGH, | ) | |
| EDWARD T. KEY, JR., and | ) | |
| US INFRASTRUCTURE, INC. | ) | |

## ORDER

This matter is before the court on the motion to suppress filed by defendant Edward T. Key, Jr., (doc. no. 99). The Magistrate Judge filed a report and recommendation recommending that the motion be denied.[1] The court conducted a hearing on various motions on November 20, 2006, and heard further argument on the motion. Defendant subsequently filed an objection to the report and recommendation.[2] Upon consideration of the arguments presented by counsel and the report and recommendation of the Magistrate Judge, this court accepts the Magistrate Judge's recommendation that defendant's motion be, and it hereby is, DENIED.

DONE this 27th day of November, 2006.

_____
United States District Judge

---

[1] *See* doc. no. 113.

[2] *See* doc. no. 122.